# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JOSHUA PHILLIPS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action Number: 5:22-cv-00987-LCB |
| CITY OF HANCEVILLE, ALABAMA, *et al.*, | ) |
| Defendants. | ) |

## JOINT EVIDENTIARY SUBMISSION IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT BY DEFENDANTS

Defendants City of Hanceville, Alabama, Investigator Josh Howell, Sergeant Kyle Duncan, and Deputy Chief Adam Hadder jointly submit these evidentiary materials in support of their respective motions for summary judgment in this case:

- A. Deposition transcript of Joshua Phillips (11/30/23)
- B. Deposition transcript of Joshua Phillips (1/18/24)
- C. Deposition transcript of Investigator Josh Howell
- D. Deposition transcript of Sergeant Kyle Duncan
- E. Deposition transcript of Deputy Police Chief Adam Hadder
- F. Declaration of Ronald W. Kiker

    Tab 1    Ronald W. Kiker CV

    Tab 2    Expert Report of Ronald W. Kiker

Tab 3         Combined Video of Sergeant Kyle Duncan's Body Camera and Closed Circuit Video from Hanceville Police Department

G. Declaration of Chief Joshua Howell

Tab 1         Body Camera Video of Sergeant Kyle Duncan [D00048]

Tab 2         Closed Circuit Video from Hanceville Police Department [D00049]

Tab 3         Arrest Report of Joshua Phillips on September 8, 2020 [D00001-4]

Tab 4         Body Camera Video of Roadblock [D00105]

*S/C. Gregory Burgess*
C. Gregory Burgess (ASB-1519-R79C)
Stephanie Margaret Hall (ASB-1050-F67A)

**Attorneys for defendants City of Hanceville, Alabama, Investigator Josh Howell, Sergeant Kyle Duncan, and Deputy Police Chief Adam Hadder**

**OF COUNSEL:**

**LANIER FORD SHAVER & PAYNE P.C.**
Post Office Box 2087
Huntsville, Alabama 35804
Telephone Number: (256) 535-1100
Facsimile Number: (256) 533-9322
Email: cgb@lanierford.com
       smh@lanierford.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

RODERICK VAN DANIEL
**RODERICK VAN DANIEL LAW FIRM, LLC**
3003 13th Avenue South, Suite 19
Birmingham, Alabama 35205
Telephone: (205) 317-9321
Email: roddaniel205@gmail.com

RICHARD A. RICE
**THE RICE FIRM, LLC**
115 Richard Arrington Jr. Blvd. N.
Birmingham, Alabama 35203
Telephone: (205) 618-8773
Email: rrice@rice-lawfirm.com

*S/C. Gregory Burgess*
C. Gregory Burgess