# EXHIBIT G

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JOSHUA PHILLIPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: 5:22-cv-00987-LCB |
| ) | |
| CITY OF HANCEVILLE, ) | |
| ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

STATE OF ALABAMA )
COUNTY OF CULLMAN )

## DECLARATION OF CHIEF JOSH HOWELL

I, Chief Joshua Howell, declare and state:

1. My name is Joshua Howell and I am a resident of Cullman County, Alabama. I am over the age of 19 years. I have personal knowledge of the facts in this declaration.

2. I am employed by the Hanceville Police Department of the City of Hanceville, Alabama ("HPD"). My current rank is Chief of Police. In this position, I am one of the custodians of records (including electronically stored information) maintained by or on file with HPD.

3. The items listed and described below are true and correct copies of materials maintained by or on file with HPD:

| | | |
|---|---|---|
| Tab 1 | Compact disc of video from Sergeant Kyle Duncan's body-worn camera recorded on September 8, 2020 |
| Tab 2 | Compact disc of closed circuit video from HPD |
| Tab 3 | Arrest Report of Joshua Phillips on September 8, 2020 [D00001-4] |
| Tab 4 | Compact disc of video from body-worn camera recorded on August 26, 2020 |

4. These materials were created at or near the time of the events recorded by a person with knowledge of those events or the contents of the materials, or from information transmitted by a person with knowledge of those events. These materials are kept in the ordinary course of HPD's regularly-conducted business activities, which is HPD's customary practice. Additionally, the contents of the materials set forth matters observed pursuant to a duty imposed by law.

5. I declare under penalty of perjury that the foregoing is true and correct.

3-22-2024
Date

Chief Joshua Howell

# Tab 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JOSHUA PHILLIPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: 5:22-cv-00987-LCB |
| ) | |
| CITY OF HANCEVILLE, ) | |
| ALABAMA, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF CONVENTIONALLY FILING BY DEFENDANTS

Notice is hereby given that defendants City of Hanceville, Alabama, Investigator Josh Howell, Sergeant Kyle Duncan, and Deputy Police Chief Adam Hadder will conventionally file with the Clerk of Court a compact disc containing the following exhibits that were not electronically filed using the CM/ECF system:

1. Exhibit G, Howell Decl., Tab 1, Video Recorded from Sergeant Duncan's Body-Worn Camera on September 8, 2020 [D00048], Evidentiary Submission in Support of Motions for Summary Judgment by Defendants

2. Exhibit G, Howell Decl., Tab 2, Closed Circuit Video at Hanceville Police Department recorded on September 8, 2020 [D00049], Evidentiary Submission in Support of Motions for Summary Judgment by Defendants

3. Exhibit G, Howell Decl., Tab 4, Video Recorded from Body-Worn Camera on August 26, 2020 [D00105], Evidentiary Submission in Support of Motions for Summary Judgment by Defendants

4. Exhibit F, Kiker Decl., Tab 3, Combined Side-by-Side Video of Sergeant Duncan's Body-Worn Camera and Closed Circuit Video at Hanceville Police Department, Evidentiary Submission in Support of Motions for Summary Judgment by Defendants

*S/C. Gregory Burgess*
C. Gregory Burgess (ASB-1519-R79C)
Stephanie Margaret Hall (ASB-1050-F67A)

**Attorneys for defendants City of Hanceville, Alabama, Investigator Josh Howell, Sergeant Kyle Duncan, and Deputy Police Chief Adam Hadder**

**OF COUNSEL:**

**LANIER FORD SHAVER & PAYNE P.C.**
Post Office Box 2087
Huntsville, Alabama 35804
Telephone Number: (256) 535-1100
Facsimile Number: (256) 533-9322
Email: cgb@lanierford.com
         smh@lanierford.com

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

RODERICK VAN DANIEL
**RODERICK VAN DANIEL LAW FIRM, LLC**
3003 13th Avenue South, Suite 19
Birmingham, Alabama 35205
Telephone: (205) 317-9321
Email: roddaniel205@gmail.com

RICHARD A. RICE
**THE RICE FIRM, LLC**
115 Richard Arrington Jr. Blvd. N.
Birmingham, Alabama 35203
Telephone: (205) 618-8773
Email: rrice@rice-lawfirm.com

                                   *S/C. Gregory Burgess*
                                   C. Gregory Burgess

# Tab 2

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| JOSHUA PHILLIPS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action Number: 5:22-cv-00987-LCB |
| | ) |
| CITY OF HANCEVILLE, ALABAMA, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF CONVENTIONALLY FILING BY DEFENDANTS

Notice is hereby given that defendants City of Hanceville, Alabama, Investigator Josh Howell, Sergeant Kyle Duncan, and Deputy Police Chief Adam Hadder will conventionally file with the Clerk of Court a compact disc containing the following exhibits that were not electronically filed using the CM/ECF system:

1. Exhibit G, Howell Decl., Tab 1, Video Recorded from Sergeant Duncan's Body-Worn Camera on September 8, 2020 [D00048], Evidentiary Submission in Support of Motions for Summary Judgment by Defendants

2. Exhibit G, Howell Decl., Tab 2, Closed Circuit Video at Hanceville Police Department recorded on September 8, 2020 [D00049], Evidentiary Submission in Support of Motions for Summary Judgment by Defendants

3. Exhibit G, Howell Decl., Tab 4, Video Recorded from Body-Worn Camera on August 26, 2020 [D00105], Evidentiary Submission in Support of Motions for Summary Judgment by Defendants

4. Exhibit F, Kiker Decl., Tab 3, Combined Side-by-Side Video of Sergeant Duncan's Body-Worn Camera and Closed Circuit Video at Hanceville Police Department, Evidentiary Submission in Support of Motions for Summary Judgment by Defendants

                                              *S/C. Gregory Burgess*
                                              C. Gregory Burgess (ASB-1519-R79C)
                                              Stephanie Margaret Hall (ASB-1050-F67A)

                                              **Attorneys for defendants City of Hanceville, Alabama, Investigator Josh Howell, Sergeant Kyle Duncan, and Deputy Police Chief Adam Hadder**

**OF COUNSEL:**

**LANIER FORD SHAVER & PAYNE P.C.**
Post Office Box 2087
Huntsville, Alabama 35804
Telephone Number: (256) 535-1100
Facsimile Number: (256) 533-9322
Email: cgb@lanierford.com
       smh@lanierford.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

RODERICK VAN DANIEL
**RODERICK VAN DANIEL LAW FIRM, LLC**
3003 13th Avenue South, Suite 19
Birmingham, Alabama 35205
Telephone: (205) 317-9321
Email: roddaniel205@gmail.com

RICHARD A. RICE
**THE RICE FIRM, LLC**
115 Richard Arrington Jr. Blvd. N.
Birmingham, Alabama 35203
Telephone: (205) 618-8773
Email: rrice@rice-lawfirm.com

*S/C. Gregory Burgess*
C. Gregory Burgess

# Tab 3

DOCUMENT 1



# HANCEVILLE POLICE DEPARTMENT
Law Report for Incident 2009H0188

**Nature:** MEET COMPLNT  
**Location:** HPDS  
**Address:** 203 BANGOR AVE SE  
HANCEVILLE AL 35077

**Offense Codes:** 5311, 4801  
**Received By:** BAILEY, E HPD  **How Received:** P  **Agency:** HPD  
**Responding Officers:** DUNCAN, K, ISBELL, W, HOWELL, J  
**Responsible Officer:** DUNCAN, K  **Disposition:** CAA 09/08/20  
**When Reported:** 13:52:13 09/08/20  **Occurred Between:** 13:52:13 09/08/20 and 13:52:39 09/08/20

**Assigned To:**  **Detail:**  **Date Assigned:** \*\*/\*\*/\*\*  
**Status:**  **Status Date:** \*\*/\*\*/\*\*  **Due Date:** \*\*/\*\*/\*\*

**Complainant:**  
  **Last:**  **First:**  **Mid:**  
  **DOB:** \*\*/\*\*/\*\*  **Dr Lic:**  **Address:**  
  **Race:**  **Sex:**  **Phone:**  **City:** ,

## Offense Codes
  **Reported:**  **Observed:**  
**Additional Offense:** 5311 DISORDERLY CONDUCT DIST PEACE  
**Additional Offense:** 4801 RESISTING ARREST

## Circumstances
  121H Weapon Type Hands,Fist,Voice  
  331 Weather Clear  
  324 Lighting Artificial Interior  
  3411 Government/Public Bldg  
  BM88 No Bias

**Responding Officers:**  **Unit:**  
  DUNCAN, K  206  
  ISBELL, W  
  HOWELL, J

**Responsible Officer:** DUNCAN, K  **Agency:** HPD  
**Received By:** BAILEY, E HPD  **Last Radio Log:** 13:53:09 09/08/20 CMPLT  
**How Received:** P IN PERSON  **Clearance:** A

09/11/20

DOCUMENT 1

Law Report for Incident 2009H0188

When Reported: 13:52:13 09/08/20
Judicial Status:
Misc Entry:

Disposition: CAA   Date: 09/08/20
Occurred between: 13:52:13 09/08/20
and: 13:52:39 09/08/20

Modus Operandi:              Description :              Method :

## Involvements

Date        Type        Description

09/11/20

Phillips v. Hanceville
D00002

DOCUMENT 1



# HANCEVILLE POLICE DEPARTMENT
Arrest Report

**Name #:** 55739
**Name:** PHILLIPS, JOSHUA MORRIS
**Address:** 
HANCEVILLE, AL 35077
**Born:** ,



### Personal Identification
**Drivers Lic:** 7014390
**Home Phone:** (256)297-0345
**Work Phone:** (205)251-8813
**Soc. Sec.:**
**State:** AL
**Local ID:**
**State ID:** 04014722
**FBI Number:** 896292AE7

### Physical Description
**DOB:** (37 yrs)
**Race:** W
**Sex:** M
**Hgt:** 5'08"
**Wgt:** 210
**Eyes:** BRO
**Glasses:**
**Hair:** BRO
**Hair Style:**
**Beard:**
**Complxn:**
**Build:**
**Ethnic:** NHIS

No Active Holds Located

| Ref # | Description | Billing Agency | CRT | Bail Amt | Bail Type | DSP | Sent |
|---|---|---|---|---|---|---|---|
| PC | RESISTING ARREST (M) | | HMC | $0.00 | BOND | PEND | 0 |
| PC | DISORDERLY CONDUCT (F) | | HMC | $0.00 | BOND | PEND | 0 |

### Narrative

Phillips v. Hanceville
D00003

Law Report for Incident 2009H0188

Page 3 of 3

## Narrative

On 9/8/2020 I, Sergeant Duncan, was at Dales Gas Station in Hanceville off Highway 91 getting a drink while standing in line speaking to the cashier a male subject came into the police department who I immediately recognized as Sergeant Howell of Hanceville Police department. Sergeant Howell was being followed into the store by a male subject who I knew to be Mr. Joshua Phillips. Sergeant Howell was telling Mr. Phillips to leave him alone and get away from him. Mr. Phillips began demanding I do report for him on Sergeant Howell. I told Mr. Phillips if he wanted to file a complaint he needed to go to Hanceville Police Department and speak to Chief. Mr. Philips stated he would go there and left. A few minutes later Hanceville Dispatch called my cell phone and asked me to come to the police department that there was an angry male subject wanting to complain on an officer. I was still in the store so I got Sergeant Howell to come with me up to the police department. I also called Officer Isbell to be in route to help deal with the situation because of dispatches statement about the male being angry. I arrived on scene with Sergeant Howell. We began talking to Mr. Phillips I tried to explain to him that I did not handle complaints. Mr Phillips became angry and was loud yelling inside of the police department. Sergeant Howell attempted to explain to him why he had told him to leave him alone. Mr. Phillips was told again to come back and speak to the Chief at a later date since the Chief was out of town. He was then asked to leave the police department several times Mr. Phillips stood up stating he wasn't leaving he was going to get an application I calmly again asked him to leave telling him we are not giving him an application that he needed to leave. He was told if he did not leave I was going to arrest him for disorderly conduct. I then placed my hand on his back and began guiding him towards the exit he started yelling and screaming before turning around on me in a threatening manner. Sergeant Howell saw Mr. Phillips begin to raise his fists in what he perceived as a threatening manner. Mr. Phillips was taken to the ground and refused to place his hands behind his backs. Officer Isbell arrived on scene and we managed to get Mr. Phillips in handcuffs he was then taken into a cell. Mr. Phillips began demanding medical attention. We had Hanceville Fire and Rescue come out to speak to him he explained his complaints. Fire and Rescue told him none of those are life threatening. He stated he would follow up with his doctor when he was out of jail. Mr. Phillips was charged with disorderly conduct and resisting arrest. I spoke to the employees in the front of city hall several who came out to see what was happening. All of them stated they found his loud boisterous nature and offensive language disturbing as well as alarming and hindering their ability to work.

09/11/20

Phillips v. Hanceville
D00004

# Tab 4

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | |
|---|---|
| JOSHUA PHILLIPS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action Number: 5:22-cv-00987-LCB |
| ) | |
| CITY OF HANCEVILLE, ) | |
| ALABAMA, *et al.,* ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF CONVENTIONALLY FILING BY DEFENDANTS**

Notice is hereby given that defendants City of Hanceville, Alabama, Investigator Josh Howell, Sergeant Kyle Duncan, and Deputy Police Chief Adam Hadder will conventionally file with the Clerk of Court a compact disc containing the following exhibits that were not electronically filed using the CM/ECF system:

1. Exhibit G, Howell Decl., Tab 1, Video Recorded from Sergeant Duncan's Body-Worn Camera on September 8, 2020 [D00048], Evidentiary Submission in Support of Motions for Summary Judgment by Defendants

2. Exhibit G, Howell Decl., Tab 2, Closed Circuit Video at Hanceville Police Department recorded on September 8, 2020 [D00049], Evidentiary Submission in Support of Motions for Summary Judgment by Defendants

3. Exhibit G, Howell Decl., Tab 4, Video Recorded from Body-Worn Camera on August 26, 2020 [D00105], Evidentiary Submission in Support of Motions for Summary Judgment by Defendants

4. Exhibit F, Kiker Decl., Tab 3, Combined Side-by-Side Video of Sergeant Duncan's Body-Worn Camera and Closed Circuit Video at Hanceville Police Department, Evidentiary Submission in Support of Motions for Summary Judgment by Defendants

*S/C. Gregory Burgess*
C. Gregory Burgess (ASB-1519-R79C)
Stephanie Margaret Hall (ASB-1050-F67A)

**Attorneys for defendants City of Hanceville, Alabama, Investigator Josh Howell, Sergeant Kyle Duncan, and Deputy Police Chief Adam Hadder**

**OF COUNSEL:**

**LANIER FORD SHAVER & PAYNE P.C.**
Post Office Box 2087
Huntsville, Alabama 35804
Telephone Number: (256) 535-1100
Facsimile Number: (256) 533-9322
Email: cgb@lanierford.com
smh@lanierford.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of March, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

RODERICK VAN DANIEL
**RODERICK VAN DANIEL LAW FIRM, LLC**
3003 13th Avenue South, Suite 19
Birmingham, Alabama 35205
Telephone: (205) 317-9321
Email: roddaniel205@gmail.com

RICHARD A. RICE
**THE RICE FIRM, LLC**
115 Richard Arrington Jr. Blvd. N.
Birmingham, Alabama 35203
Telephone: (205) 618-8773
Email: rrice@rice-lawfirm.com

                                             *S/C. Gregory Burgess*
                                             C. Gregory Burgess