IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

| | |
|---|---|
| JOSHUA PHILLIPS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 5:22-cv-00987-LCB |
| | ) |
| CITY OF HANCEVILLE, ALABAMA, | ) |
| KYLE DUNCAN, JOSH HOWELL, | ) |
| and LOWELL ADAM HADDER, | ) |
| | ) |
| Defendants. | ) |

## NEW EVIDENTIARY MATERIALS

COMES NOW, Plaintiff, Joshua Phillips, by and through the undersigned counsel and moves this Court to accept new evidentiary materials from the Cullman County District Attorney's Office where the Hanceville Police Department has been indicted for present and old police officers for failure to account for, preserve, and maintain evidence, and in doing so has failed crime victims and public at large. Further stated that based on the investigation by the State Bureau of Investigation, the grand jury found that the Hanceville Police Department is a particular and ongoing threat to public safety. Additionally, there is a rampant culture of corruption in the Hanceville Police Department. Also, the Hanceville Police Department has abused public trust by its failure of oversight, lack of leadership and negligent training and hiring. Further investigation is being

1

2

carried out into the Hanceville Police Department and an official audit of the entire department present and in the past. (Exhibit A – Office of District Attorney for Cullman County, Alabama: pages 1 – 4)

       Respectfully submitted this the 19th day of February, 2025,

             <u>*/s/ Dr. Roderick Van Daniel, Esquire*</u>
             Dr. Roderick Van Daniel, Esquire

## **CERTIFICATE OF SERVICE**

 I hereby certify that a copy of the foregoing was served upon the following counsel of record on the 19th of February, 2025, via the AlaFile electronic filing system, email, USPS, CM/EMF, and etc.


**C. Gregory Burgess (ASB-1519-R79C)**
**Stephanie M. Gushlaw (ASB-1050-F67A)**

OF COUNSEL:
LANIER FORD SHAVER & PAYNE P.C.
Post Office Box 2087
Huntsville, Alabama 35804
Telephone Number: (256) 535-1100
Facsimile Number: (256) 533-9322
Email: cgb@lanierford.com
       smg@lanierford.com

*/s/ Dr. Roderick Van Daniel, Esquire*
               OF COUNSEL

3

## Exhibit A – Office of District Attorney for Cullman County, Alabama

# OFFICE OF THE DISTRICT ATTORNEY



500 Second Avenue SW
Room 204
Cullman, AL 35055

**CHAMP CROCKER**
DISTRICT ATTORNEY
32nd Judicial Circuit

Phone (256) 736-2800
Fax (256) 734-6694

The Grand Jury of Cullman County returned multiple felony and misdemeanor indictments on 5 Hanceville Police Officers and 1 spouse of an Officer.

Cody Alan Kelso
2 Counts of Computer Tampering;
Solicitation to Commit a Controlled Substance Crime;
Use of Office for Personal Gain; Tampering with Physical Evidence.

Jason Scott Wilbanks
2 Counts of Computer Tampering; 2 Counts of Use of Office for Personal Gain; Tampering with Physical Evidence; 2 Counts of Solicitation to Commit a Controlled Substance Crime.

Jason Shane Marlin
2 Counts of Failure to Report Ethics Crime; Tampering with Physical Evidence.

William Andrew Shelnutt
Tampering with Physical Evidence.

Eric Michael Kelso
4 Counts Unlawful Distribution of a Controlled Substance; 2 Counts Conspiracy to Unlawfully Distribute a Controlled Substance.

Donna Reid Kelso
2 Counts Unlawful Distribution of a Controlled Substance; 2 Counts Conspiracy to Unlawfully Distribute a Controlled Substance.

All charges are felonies with the exception of Tampering with Physical Evidence which is Class A misdemeanor.

With today's indictments, these defendants find themselves on the opposite end of the laws they were sworn to uphold. Wearing a badge is a privilege and honor that most law enforcement officers take seriously. A badge is not a license to corrupt the administration of justice. These Hanceville Police officers actions undermine the hard work of the entire law enforcement community across our great state.

When law enforcement officers abuse their power they do irrevocable damage to the public's trust in law enforcement.

Our law enforcement officers in Cullman County, and throughout Alabama, put their lives on the line everyday to protect the public. These defendants, however, diminish the sacrifices of other law enforcement officers.

Law enforcement officers are rightfully held to a higher standard and, on the rare occasions when officers don't meet that standard, they will be held accountable.

The Cullman County District Attorney's Office would like to think the Alabama State Bureau of Investigation, particularly Agent Jamie King, who led this investigation. We would also like to think the Alabama Attorney General's Office, Alabama Ethics Commission Investigator Chris MCKay, Cullman Police Department and Cullman County Sheriff Matt Gentry and his investigators for their assistance as well.

5

| | | |
|---|---|---|
| STATE OF ALABAMA | * | IN THE CIRCUIT COURT |
| CULLMAN COUNTY | * | GRAND JURY |

## TO: HONORABLE GREGORY NICHOLAS, PRESIDING JUDGE OF THE THIRTY-SECOND JUDICIAL CIRCUIT OF ALABAMA

We, the Grand Jury, convened and have been under direct instruction from this Court since February 10, 2025, specifically, you instructed us to investigate all criminal acts that have occurred since the last Grand Jury session. Some of the matters we have investigated involve current and former officers in the Hanceville Police Department. In addition to the indictments we have issued, we unanimously make the following findings and recommendations which we authorize to be made public.

1. That any current or former officer of Hanceville Police Department indicted be suspended from law enforcement by the Alabama Peace Officers Standards & Training Commission.

2. That the Hanceville Police Department be immediately abolished.

3. That another law enforcement agency, whether local or state, be tasked with protecting the citizens of Hanceville.

4. Based upon the investigation by the State Bureau of Investigation, we find that the Hanceville Police Department is a particular and ongoing threat to public safety.

5. There is a rampant culture of corruption in the Hanceville Police Department, which has recently operated as more of a criminal enterprise than a law enforcement agency.

6. That the Hanceville Police Department has abused public trust by its failure of oversight, lack of leadership and negligent training and hiring.

**FILED IN OFFICE**

FEB 14 2025

LISA McSWAIN
CIRCUIT COURT
CULLMAN COUNTY

7. That the Hanceville Police Department has failed to account for, preserve and maintain evidence, and in doing so has failed crime victims and the public at large. This evidence is unusable.

8. This Grand Jury toured the Hanceville Jail on February 12, 2025. We have zero confidence in the Hanceville Police Department's ability to maintain a jail or to meet basic health and safety needs of jail personnel or inmates.

9. That the death of former Hanceville dispatcher Chris Willingham is the direct result of Hanceville Police Department's negligence, lack of procedure, general incompetence, and disregard for human life.

*Bradley Wilson*
Bradley Wilson
Grand Jury Foreperson
February 14, 2025

A Copy of this report shall be provided to:

Alabama Peace Officers Standards & Training Commission
The Cullman County Sheriff
The Cullman County Commission
District Attorney, 32nd Judicial Circuit